**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA *ex rel.*
AIDAN FORSYTH,

Plaintiff and Relator,

-against-

HOME HEALTHCARE WORKERS OF AMERICA, INTERNATIONAL UNION OF JOURNEYMEN & ALLIED TRADES, SERVICE PROFESSIONALS UNION LOCAL 726 IUJAT, UNITED SERVICE WORKERS UNION, IUJAT NATIONAL UNION, and UNITED WELFARE FUND,

Defendants.

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

-against-

HOME HEALTHCARE WORKERS OF AMERICA, IUJAT, INTERNATIONAL UNION OF JOURNEYMEN & ALLIED TRADES, SERVICE PROFESSIONALS UNION LOCAL 726 IUJAT, UNITED SERVICE WORKERS UNION, IUJAT NATIONAL UNION, AND UNITED WELFARE FUND - WELFARE DIVISION,

Defendants.

24 Civ. 1337 (JPO)

**UNSEALING ORDER**

WHEREAS, by notice dated July 24, 2026, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "Government") intervened in the above-captioned qui tam action with respect to the claims asserted against all Defendants.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on

or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated March 31, 2026, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Government's Notice of Election to Intervene; the Government's Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the Government, the Relator, and Defendants; the Stipulation and Order of Settlement and Release Between the United States and Relator; and the Relator's Complaint.

Dated: July 24, 2026
New York, New York

SO ORDERED:

J. PAUL OETKEN
United States District Judge

So ordered.

The Clerk of Court is directed to unseal this case and to lift the seal only as to the following entries: the Government's Notice of Election to Intervene; the Government's Complaint-in-Intervention; the Stipulation and Order of Settlement and Dismissal between the Government, Relator, and Defendants; the Stipulation and Order of Settlement and Release between the Government and the Relator; and the Relator's Complaint.

7/24/2026